**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TYRONE REED, SR., <br><br> Plaintiff, <br><br> v. <br><br> K. HARRINGTON, et al., <br><br> Defendants. | 1:11-cv-01883 AWI GSA PC <br><br> ORDER FOR MORE DEFINITE STATEMENT <br><br> RESPONSE DUE IN THIRTY DAYS |

Plaintiff is a state prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983, alleging violations of his civil rights in connection with the conditions of his confinement at Kern Valley State Prison. Plaintiff alleges that the drinking water at Kern Valley is contaminated with arsenic, such that it violates the Eighth Amendment's prohibition on cruel and unusual punishment. So that the Court can properly evaluate the merits of this case, Plaintiff is hereby **ORDERED** to submit a more definite statement of the facts involved in this action by filing a written response to the questions posed below within thirty (30) days of the date of this order:

**QUESTIONS**

1. Provide the dates that you were housed at Kern Valley State Prison. If you do not know the exact date, provide an approximate date (month/year).
2. Have you experienced any illness as a result of drinking the water at Kern

Valley State Prison?  If so, answer the following questions about your illness:

(a) Explain when this medical condition came about and the specific symptoms.

(b) When did you first notice this medical condition?

(c) When were you first diagnosed with this medical condition? Who (name, title, and by whom employed) made this diagnosis?

(d) What is your current diagnosis? Who (name, title, and by whom employed) made this diagnosis?

## INSTRUCTIONS

Plaintiff is admonished to heed the following instructions with care. Plaintiff's response is due **thirty (30) days** from the date of this order as shown below. Plaintiff is instructed to label his response "Plaintiff's More Definite Statement" and to include the correct Civil Action Number as shown above in the style of this case.

Plaintiff is directed to answer the foregoing questions to the best of his ability based on personal knowledge and the information available to him.  He is further advised that legal research or resort to a review of prison records is not required.  Plaintiff is instructed to submit his responses to the foregoing questions by copying each question as posed by the Court and then writing the answer as neatly as possible underneath each question in numbered paragraphs corresponding to the question being answered.  Plaintiff must also include somewhere in his response the following affirmation:  "I swear under penalty of perjury that these answers are true and correct to the best of my knowledge."

No summons will issue until the Court has completed an evaluation of Plaintiff's response to the foregoing questions. **Plaintiff's failure to comply as directed may result in the dismissal of this action for want of prosecution under Rule 41(b) of the Federal Rules of Civil Procedure without further notice.**

IT IS SO ORDERED.

Dated: **June 14, 2012**              /s/ **Gary S. Austin**
                                      UNITED STATES MAGISTRATE JUDGE